```
_____ FILED     _____ ENTERED
_____ LODGED    _____ RECEIVED

        FEB 24 2010

           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TYSON BURT JONES,<br><br>　　　　　　Defendant. | CASE NO. CR10-0046RAJ<br><br>ORDER CONTINUING<br>CONDITIONS OF RELEASE |

　　An Indictment having been returned against the above-named defendant, now therefore

　　IT IS ORDERED that conditions of release be continued as previously set.

　　DATED this <u>24th</u> day of <u>February</u>, 2010.

　　　　　　　　　　　　　　　　　　　_/s/ signature_
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order Continuing Conditions
of Release - Page 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970