Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR10-00046RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |
| vs. | |
| TYSON BURT JONES, | |
| Defendant. | |

This matter has come before the Court on Tyson B. Jones' motion to modify conditions of his supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS HEREBY ORDERED that defendant's motion (Dkt. #49) is GRANTED and that defendant's conditions of supervised release be modified to delete the "abstain from alcohol" special condition in his judgment. All other conditions of supervised release previously imposed shall remain in effect.

DATED this 22nd day of November, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO MODIFY CONDITIONS
OF SUPERVISED RELEASE - 1
*United States v. Jones /* CR10-00046RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100