HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYSON BURT JONES, <br><br> Defendant. | Cause No. CR10-46RAJ <br><br> ORDER DENYING DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant's Motion for Termination of Supervised Release. Having considered Defendant's motion and the Government's opposition,

IT IS ORDERED that Defendant's Motion for Termination of Supervised Release (Dkt. #51) is DENIED.

DATED this 23rd day of July, 2018.

HON. RICHARD A. JONES
United States District Judge